Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BONNEVILLE HOT SPRINGS INC., d/b/a/<br>BONNEVILLE HOT SPRINGS RESORT<br>and GEORGE PIRFIL CAM *also known as*<br>PETE CAM, and ELENA CAM<br><br>Defendants. | No. C08-5184-RBL<br><br>STIPULATED ORDER<br>FOR SECOND EXTENSION<br>OF ANSWER DEADLINE<br><br>**Note for immediate consideration on:**<br>May 21, 2008 |

**STIPULATION**

WHEREAS, an Answer or other responsive pleading to the Complaint (Dkt. #1) was due by each of the Defendants in this action on or about April 25, 2008; and

WHEREAS, the parties agreed that early settlement negotiations would be productive in this matter and that additional time was required to conduct such negotiations and the parties agreed to stipulate to extend the Answer deadline until May 22, 2008 (Dkt. #7), and the Court granted that request on May 7, 2008 (Dkt. #8).

WHEREAS, the parties have made significant progress in the settlement negotiations, the settlement negotiations are ongoing and additional time is needed to conclude the negotiations.

WHEREAS, for these reasons, the parties stipulate and agree that the deadline for each Defendant's Answer or other responsive pleading to the Complaint may be extended for an additional four (4) weeks until June 19, 2008.

STIPULATED ORDER FOR EXTENSION OF ANSWER DEADLINE - 1
(C08-5184-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  NOW THEREFORE, the parties, through their respective counsel of record, do hereby
2  stipulate and agree that the Court may make and amend Defendants' Answer deadline as indicated
3  above.

**SO STIPULATED**.

DATED this 21st day of May, 2008.    JEFFREY C. SULLIVAN
                                     United States Attorney

                                     s/Harold Malkin
                                     Harold Malkin WABA 30986
                                     Assistant United States Attorney

                                     /s/Kayla Stahman
                                     KAYLA STAHMAN CABA 228931
                                     Assistant United States Attorney
                                     United States Attorney's Office
                                     700 Stewart Street, Suite 5220
                                     Seattle, Washington 98101-1271
                                     206-553-4088 (telephone)
                                     206-553-4073 (fax)
                                     kayla.stahman@usdoj.gov

                                     Attorneys for the United States America

**SO STIPULATED**.

                                     /s/ Peter Cam
DATED this 21st day of May, 2008.    Peter Cam for himself and Bonneville Hot Springs
                                     Inc., d/b/a Bonneville Hot Springs Resort, *Pro Se*

                                     /a/ Elena Cam
                                     Elena Cam, *Pro Se*

STIPULATED ORDER FOR EXTENSION OF ANSWER DEADLINE - 2
(C08-5184-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**ORDER**

**IT IS SO ORDERED**.

Dated this 22nd day of May, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER FOR EXTENSION OF ANSWER DEADLINE - 3
(C08-5184-RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970